9999.   COOK *v.* RYALS.

WADE, C. J. Under the issues actually involved in this case, the excerpts from the charge of the court which are complained of contain no error requiring a reversal; and there being evidence to support the verdict, the judgment overruling the motion for a new trial must be

*Affirmed. Jenkins and Luke, JJ., concur.*

DECIDED APRIL 23, 1919.

Complaint; from Talbot superior court—Judge Howard. June 20, 1918.

*A. P. Persons,* for plaintiff in error.  *Love & Fort,* contra.